Chicago Title and Trust Company, Plaintiff, v. William J. Cleary, Defendant. William J. Cleary, Appellee, v. Chicago Title and Trust Company, Appellant.

Gen. No. 43,827.

opinion filed May 26, 1948; released for publication June 10, 1948. Kirkland, Fleming, Green, Martin & Ellis and Harold L. Reeve, for appellant; William Wilson, of counsel; Walter F. Dodd, John A. Brown and John O'C. Fitzgerald, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.

Nick Pappas, Appellant, v. J. Bobsin and Company, Appellees.

Gen. No. 44,294.

opin-